Entered on Docket June 27, 2018

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

TIMOTHY W. DORE  Chapter 13
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

Michael Kidwell,

Debtor.

Case No. 18-12360-TWD

**ORDER ON MOTION FOR EXTENSION OF TIME TO FILE DEBTOR'S SCHEDULES**

This matter came before the Court on the Debtor's request for additional time to file the Debtor's Schedules, Statement of Financial Affairs, means test forms, plan, and other forms [Docket No. 14] ("Motion"). The Court considered the Motion and the records and files in this case and found cause to grant the extension.

Now, therefore, it is hereby ORDERED that:

1. The Debtor is granted an extension of time to file the Schedules, Statement of Financial Affairs, means test forms, plan, and other forms through July 23, 2018.

2. The Clerk's Office shall send a copy of this Order to the Debtor via the BNC.

/// End of Order ///