|  |  |
|---|---|
|  | Honorable Timothy W. Dore |
|  | March 29, 2019; 9:30 a.m. |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | ) | Chapter 7 |
|---|---|---|
|  | ) | Bankruptcy No. 18-12360 |
| MICHAEL KIDWELL, | ) |  |
|  | ) | TRUSTEE'S REPLY TO OPPOSITION |
| Debtor(s). | ) | TO TRUSTEE'S MOTION FOR SALE |
|  | ) | OF REAL PROPERTY |

COMES NOW the duly appointed trustee, Nancy James, through counsel, The Livesey Law Firm, and Rory C. Livesey, and files this reply to the Opposition to Trustee's Motion for Sale of Real Property filed by Caliber Home Loans, Inc., servicer for U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust ("USB") regarding the real property located at 24514 - 148th Lane S.E., Kent, Washington 98042.

The proposed sale price is $376,000. USB had not objected to the proposed sale price. The sale will be free and clear of liens and encumbrances, with the liens and encumbrances to attach to the proceeds.

USB is ostensibly secured in the property. The amount it is owed on its purported claim exceeds the purchase price. The trustee proposes to sell the property pursuant to Section 363(f)(4). That subsection allows the trustee to sell property of the estate free and clear of an interest if that interest is subject to a *bona fide* dispute.[1] Litigation with the putative deed of trust holders is inevitable in this case. The trustee believes that it makes practical sense for the parties to be

---

[1] On November 7, 2018, the debtor filed amended schedules (Docket No. 56) listing CitiMortgage with a second possible encumbrance. That encumbrance suffers from the same infirmities as the USB claim. CitiMortgage has not responded to the motion.

**TRUSTEE'S REPLY TO OPPOSITION TO TRUSTEE'S MOTION FOR SALE OF REAL PROPERTY -** 190326aRep  Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

1  litigating over money as opposed to real property that is currently unoccupied and likely uninsured
2  (other than likely forced place insurance by the lender).

3  USB asserts that the trustee has not raised a *bona fide* dispute with regards to its
4  encumbrance. It is overlooking its own motion to lift the automatic stay (Docket No. 48). The
5  trustee filed a response to that motion (Docket Nos. 53 and 54). In that response the trustee lays out
6  very clearly the theory under which she believes that the deeds of trust are no longer enforceable.
7  USB's motion was originally scheduled to be heard on November 11, 2018. At the request of USB's
8  counsel, the trustee agreed to a continuance of the motion to November 30, 2018, so USB could look
9  at the issue. The continued hearing was not confirmed and no one appeared on behalf of USB. *See,*
10 *generally,* docket. Additional attempts to contact USB's counsel also went without a response. The
11 trustee has submitted sufficient evidence into the court file to demonstrate that the USB deed of trust
12 is subject to a *bona fide* dispute.

13 WHEREFORE, the trustee requests that the objection be overruled and the sale be approved
14 by the court.

15 RESPECTFULLY SUBMITTED this 26th day of March, 2019.

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*
───────────────────────────
Rory C. Livesey, WSBA #17601
Attorney for Trustee

**TRUSTEE'S REPLY TO OPPOSITION TO
TRUSTEE'S MOTION FOR SALE OF
REAL PROPERTY -** 190326aRep  Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-12360-TWD    Doc 66    Filed 03/26/19    Ent. 03/26/19 13:01:13    Pg. 2 of 2