**Below is the Order of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

Honorable Timothy W. Dore
March 29, 2019; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) Bankruptcy No. 18-12360 |
| MICHAEL KIDWELL, | ) |
| | ) ORDER OF SALE OF REAL PROPERTY |
| Debtor(s). | ) OF THE ESTATE FREE AND CLEAR |
| | ) OF LIENS AND ENCUMBRANCES |

THIS MATTER having come regularly before the above-signed judge of the above-entitled court upon the trustee's motion to sell assets of the estate, it appearing that all interested parties have received notice, the court having overruled U.S. Bank's objection to the sale and made further findings and conclusions on the record at the hearing, now, therefore, it is hereby

ORDERED that the trustee, Nancy James, is authorized to sell real property of the estate according to the terms of the purchase and sale agreement attached to Docket No 61, and generally set forth below:

Street address of
    property to be sold:    24514 - 148th Lane S.E.
                                    Kent, WA 98042

Legal description of
    property to be sold:    Portion of Southwest quarter of the Northwest quarter of Section 23, Township 22 North, Range 5 East, W.M.

**ORDER OF SALE OF REAL PROPERTY**
**OF THE ESTATE FREE AND CLEAR OF**
**LIENS AND ENCUMBRANCES**
190329bOrd  Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-12360-TWD    Doc 69    Filed 04/04/19    Ent. 04/04/19 10:08:54    Pg. 1 of 3

| | | |
|---|---|---|
| 1 | Parcel No.: | 232205-9069-01 |
| 2 | Sale price: | $376,000.00 |
| 3 | Terms of sale: | Cash at Closing |
| 4 | Purchaser: | Bryan Waters and Christie Davenport, and/or assigns |
| | Purchaser's address: | 1425 South Puget Drive, Unit H-5 |
| 5 | | Renton, WA 98055 |
| 6-10 | Costs of sale: | The estate will pay the real estate agent a commission of 6% of the gross sales price or such lesser amount as the agents shall agree to; and, the estate will pay those costs of sale customarily paid by the Seller in Western Washington. These costs would include, but are not limited to, title insurance, real estate taxes due through the date of sale and one-half of the escrow costs. **The Seller agrees to pay up to $6,000 of the Buyers' closing costs.** |
| 11-13 | Utility Liens | In many cases the existence of a utility lien and/or the amount of the lien is unknown until closing or thereafter. These liens usually, but not always, are equal to the utilities bills incurred over several months. The trustee will pay these liens from the sale proceeds. |
| 14-18 | Encumbrances & approximate claim amounts: | (1) U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc., deed of trust - $530,000; and<br>(2) Mortgage Electronic Registration Systems, Inc., solely as nominee for the benefit of MortgageMaster Service Corporation and CitiMortgage, Inc., deed of trust - $135,000. |

IT IS HEREBY FURTHER ORDERED that said sale will be free and clear of all liens and interests, except real and personal property taxes, said liens and interests to attach to the proceeds of the sale as though those proceeds were the property, said liens and interests to be satisfied from those proceeds. The trustee's right to contest each encumbrance or alleged encumbrance against the subject property is reserved.

**ORDER OF SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES**
190329bOrd  Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-12360-TWD    Doc 69    Filed 04/04/19    Ent. 04/04/19 10:08:54    Pg. 2 of 3

IT IS HEREBY FURTHER ORDERED that the estate may pay at closing the ordinary costs of sale referenced above and up to $6,000 of the buyers' closing costs, also referenced above. The net sale proceeds shall be turned over to the trustee and disbursed only by order of the court.

IT IS HEREBY FURTHER ORDERED that the automatic stay under Federal Rule of Bankruptcy Procedure 6004(h) shall not apply to the transaction(s) approved in this order.

IT IS HEREBY FURTHER ORDERED that, as the purchaser is a good faith purchaser for value, the provisions of 11 U.S.C. § 363(m) are applicable to this sale.

//// END OF ORDER ////

Presented By:

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Attorney for Trustee

The Livesey Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

**ORDER OF SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES**
190329bOrd  Page 3

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-12360-TWD    Doc 69    Filed 04/04/19    Ent. 04/04/19 10:08:54    Pg. 3 of 3