**Below is the Order of the Court.**

_Timothy W. Dore_ (signature)
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

Honorable Timothy W. Dore
April 9, 2021; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| | Bankruptcy No. 18-12360 |
| MICHAEL KIDWELL, | |
| | ORDER AUTHORIZING TRUSTEE TO |
| Debtor(s). | ABANDON PROPERTY OF THE ESTATE |

THIS MATTER having come regularly before the above-signed Judge of the above-entitled court, notice having been given to the creditors, and no objection having been filed, now, therefore, it is hereby

ORDERED that the trustee, Nancy L. James, is allowed to and hereby does abandon the following assets: the 2006 Infiniti G35 listed on the debtor's schedules.

//// END OF ORDER ////

Presented By:

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*
_____
Rory C. Livesey, WSBA #17601
Attorney for Nancy L. James, Trustee

The Livesey Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

**ORDER AUTHORIZING TRUSTEE TO ABANDON PROPERTY OF THE ESTATE**
210305bOrd   Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-12360-TWD    Doc 89    Filed 04/06/21    Ent. 04/06/21 12:25:15    Pg. 1 of 1