Honorable Timothy W. Dore
October 22, 2021; 9:30 a.m.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>MICHAEL KIDWELL,<br><br>        Debtor(s). | Chapter 7<br>Bankruptcy No. 18-12360-TWD<br><br>DECLARATION OF NANCY L. JAMES IN SUPPORT OF TRUSTEE'S MOTION FOR AN ORDER APPROVING COMPROMISE OF CLAIM WITH U.S. BANK |

The undersigned makes the following statement under penalty of perjury:

1. I am over 18 years of age, am competent to testify to the statements herein and make the statements herein based on facts personally known to me.

2. I am the Chapter 7 bankruptcy trustee in the above-captioned matter.

3. For the reasons stated in the Trustee's Motion for an Order Approving Compromise of Claim with U.S. Bank, I have concluded that the settlement of Adversary No. 20-01019 against U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust is in the best interest of the estate. The settlement will allow for 100 percent distribution to the creditors on their claims, plus post-petition interest, and there should be a distribution of surplus funds to the debtor at the end of the case.

DATED this 29th day of September, 2021.

/S/ *Nancy L. James*
_____
Nancy L. James

**DECLARATION OF NANCY L. JAMES IN SUPPORT OF TRUSTEE'S MOTION FOR AN ORDER APPROVING COMPROMISE OF CLAIM WITH U.S. BANK -** 210630cDec  Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 18-12360-TWD    Doc 91    Filed 09/30/21    Ent. 09/30/21 10:42:20    Pg. 1 of 1