**Below is the Order of the Court.**

_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

Honorable Timothy W. Dore

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Bankruptcy No. 18-12360-TWD |
| MICHAEL KIDWELL, | ) | |
| | ) | STIPULATED ORDER AMENDING |
| Debtor(s). | ) | ORDER APPROVING COMPROMISE |
| | ) | OF CLAIM |

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled Court, upon the stipulation of Nancy L. James, the trustee, and LSF9 Master Participation Trust through U.S. Bank Trust, N.A., as Trustee ("LSF9"), the Court having reviewed the pleadings on file herein and being fully apprised of the circumstances, now, therefore, it is hereby

ORDERED that the funds to be paid by the trustee, Nancy L. James, to LSF9 pursuant to the Court approved settlement agreement (Docket No. 94) may be made by check payable to Fay Servicing, LLC, its servicer.

//// END OF ORDER ////

**STIPULATED ORDER AMENDING
ORDER APPROVING COMPROMISE
OF CLAIM -** 211020bOrd  Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 18-12360-TWD    Doc 97    Filed 10/21/21    Ent. 10/21/21 11:23:10    Pg. 1 of 2

Presented By:

THE LIVESEY LAW FIRM

       /S/ *Rory C. Livesey*
_____
Rory C. Livesey, WSBA #17601
Attorney for Nancy L. James, Trustee

The Livesey Law Firm
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Approved as to Form; Notice of
Presentation Waived by:

PERKINS COIE, LLP

       /S/ *Thomas N. Abbott*
_____
Thomas N. Abbott, WSBA #53024
Attorneys for U.S. Bank Trust, N.A., as Trustee
For LSF9 Master Participation Trust

Perkins Coie, LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
(503) 727-2000

**STIPULATED ORDER AMENDING
ORDER APPROVING COMPROMISE
OF CLAIM -** 211020bOrd  Page 2

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 18-12360-TWD    Doc 97    Filed 10/21/21    Ent. 10/21/21 11:23:10    Pg. 2 of 2